UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-mc-00328-DAD-DB |
| Plaintiff and Judgment Creditor, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT |
| MICHAELE MUREE MEIER, | |
| Defendant and Judgment Debtor. | (Doc. Nos. 12, 14) |
| NAVY FEDERAL CREDIT UNION, | |
| Garnishee. | |

This matter is before the court on plaintiff United States' application for a final order of continuing garnishment. (Doc. No. 1.) On August 24, 2023, the United States filed an application for a writ of continuing garnishment of defendant Michaele Meier's non-exempt interest in property that is in the possession, custody, or control of the garnishee, Navy Federal Credit Union. (*Id.*) On September 1, 2023, the Clerk of the Court issued the Writ of Continuing Garnishment and the Clerk's Notice to Debtor. (Doc. Nos. 4, 5.) The United States served the Writ and related documents on the garnishee Navy Federal Credit Union and the judgment debtor. (Doc. Nos. 6, 9.) On January 30, 2024, the United States filed a request for findings and recommendations with regard to a final order of garnishment. (Doc. No. 12.) The matter was

1

referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that the United States' request for final order of garnishment be granted.  (Doc. No. 14.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 9, 2024 (Doc. No. 14) are adopted in full;

2. The United States' request for a final order of continuing garnishment (Doc. No. 12) is granted;

3. Garnishee Navy Federal Credit Union is directed to pay the Clerk of the United States District Court all of the funds held by garnishee in which debtor has an interest within fifteen (15) days of the filing of this order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal case number (2:23-mc-00328) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

/////

2

5.      The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **March 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE